**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                           **CRIMINAL ACTION NO. 3:10CR65**

**RICARDO ANTWAN WHITELOW**

**ORDER**

This cause is before the Court on defendant's Motion for Continuance [19]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for June 28, 2010. Counsel for defendant avers that he is in need of additional time to investigate and to conduct an adequate review of the discovery disclosed by the government. In addition, he anticipates the filing of several pretrial motions. Counsel for the government does not object to the requested relief. Based on the foregoing, the Court finds that the defendant's Motion for Continuance is well-taken and should be granted.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from June 28, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford defendant a reasonable time for adequate and effective preparation of his defense. Therefore, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.       Defendant Whitelow's Motion for Continuance [19] is GRANTED;

2. That the trial of this matter is continued until Monday, August 16, 2010 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi;

3. That the delay from June 28, 2010 until August 16, 2010 is excluded as set out above;

4. That the deadline for filing pretrial motions is July 26, 2010;

5. That the deadline for submitting a plea agreement is August 2, 2010.

SO ORDERED, this the 16th day of June, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE